# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aurora Cervantes,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Family Dollar, Inc., as an entity and doing business as "Family Dollar", Family Dollar Operations, Inc., as an entity and doing business as "Family Dollar", HIP ATWATER, LP, and Does 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. 1:20-cv-00741-NONE-SKO<br><br>Order Re: Second Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days<br><br>Complaint served: 6/9/2020<br>Current response date: 7/28/2020<br>New response date: 8/25/2020<br><br>(Doc. 12) |

　　Upon review of the Second Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days (Doc. 12), where upon parties wish to stipulate to move Defendant Family Dollar, Inc., as an entity and doing business as "Family Dollar", Family Dollar Operations, Inc., as an entity and doing business as "Family Dollar" ("Family Dollar")'s responsive date to the Complaint 30 days from July 28, 2020 to August 25, 2020 for purposes of reducing fees and costs of the Court and parties while the parties are furthering settlement discussion,

　　IT IS HEREBY ORDERED that the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days is hereby GRANTED and Defendant Family Dollar's new responsive date to the initial Complaint is August 25, 2020.

IT IS SO ORDERED.

Dated:　**July 23, 2020**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE