UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAMILY DOLLAR, INC. et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00741-NONE-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 16) |

　　　　On September 25, 2020, Plaintiff filed a Notice of Dismissal with Prejudice, in which she notifies the Court of the dismissal of this action with prejudice. (Doc. 16.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:　**September 28, 2020**　　　　　　　　/s/ *Sheila K. Oberto*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE